UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bonnie White</u>

        v.                          Case No. 03-cv-226-PB

<u>Social Security Administrator</u>

<u>O R D E R</u>

Judgment for the Plaintiff shall be entered in accordance with the favorable decision of the Administration Law Judge dated April 30, 2004.

SO ORDERED.

February 3, 2006                      /s/ Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

cc:     Raymond Kelly, Esq.
        David Broderick, Esq.